UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| DONALD TERRY BARTLEY, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Case No. 7:12-cv-66-JMH |
| GARY BECKSTROM, Warden, Eastern Kentucky Correctional Complex, | ) ) ) ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*

In accordance with the Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE ACTIVE DOCKET**;

(2) that all pending motions are **DENIED AS MOOT**;

(3) that all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY**;

(4) A certificate of appealability is **DENIED** as no reasonable jurists could differ on the outcome;

(5) This is a **FINAL AND APPEALABLE** judgment.

This the 11th day of January, 2013.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1