UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| DONALD TERRY BARTLEY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case No. |
| | ) | 7:12-cv-066-JMH-EBA |
| v. | ) | |
| | ) | **JUDGMENT** |
| GARY BECKSTROM, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*

Consistent with the Court's Memorandum Opinion and Order entered this date, **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** as follows:

(1) Petitioner Donald Terry Bartley's Motion pursuant to 28 U.S.C. § 2254 [DE 16] is **DENIED WITH PREJUDICE.**

(2) Judgment is hereby **ENTERED** in favor of the United States.

(3) No Certificate of Appealability shall issue.

(4) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

(5) The Clerk of Court shall **STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET.**

This the 10th day of December, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge